UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AZUGA, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-08845-JST<br><br>**ORDER TO SHOW CAUSE RE SERVICE** |

This action was filed on December 14, 2020. ECF No. 1. As of yet, Defendant Azuga, Inc. remains unserved.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in pertinent part,

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, Plaintiff Social Positioning Input Systems, LLC, is hereby ORDERED TO SHOW CAUSE why this action should not be dismissed without prejudice for failure to serve the defendant. A written response to this order is due April 13, 2021. The Court will conduct a hearing on this order on April 20, 2021 at 2:00 p.m. to coincide with the case management conference scheduled for that date.

**IT IS SO ORDERED.**

Dated: March 18, 2021



_____
JON S. TIGAR
United States District Judge